NUMBER 13-01-820-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


LANCE WAYNE MAXWELL , Appellant,


v.



OLVIDIO GARZA AND ENRIQUE GONZALEZ, Appellees.

____________________________________________________________________


On appeal from County Court at Law No. 1

of Nueces County, Texas.

____________________________________________________________________

 

O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam

 

Appellant, LANCE WAYNE MAXWELL, perfected an appeal from a judgment entered by County Court at Law No. 1 of
Nueces County, Texas, in cause number 99-62055-1. After the clerk's record was filed, appellant filed an unopposed
motion to dismiss the appeal. In the motion, appellant states that the parties have reached an agreement to settle and
compromise their differences in this matter. Appellant requests that the appeal be dismissed.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted. Appellant's motion to dismiss is granted. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of April, 2002 .